```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                    JACKSON DIVISION
```

**STUART BROOKS**                                                    **PLAINTIFF**

**VS.**                                          **CIVIL ACTION NO.4:03-CV-172BS**

**DR. ATWOODS**                                                     **DEFENDANT**

## FINAL JUDGMENT

In accordance with Rule 58 of the Federal Rules of Civil Procedure and the Order entered in this case on this day, this action is hereby dismissed, without prejudice.

SO ORDERED this the 12th day of July, 2006.

                                    s/ William H. Barbour, Jr.
                                    UNITED STATES DISTRICT JUDGE

blj